UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Higgins</u>

    v.                                          Case No. 23-cv-114-SM

<u>State of New Hampshire</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 14, 2023, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: April 4, 2023

cc:   John Higgins, pro se